LOUIS J. KOTLIKOFF v. THE COMMUNITY NEWS, INC.

July 14, 1981.

Petition for certification granted.

LUCY CUTRONA v. J. F. HENNESSEY.

July 14, 1981.

Petition for certification denied.

URBAN FARMS, INC. v. BOROUGH OF FRANKLIN LAKES.

July 14, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 203)

JOSEPH V. LUCIANO v. MAY LOESCH.

July 14, 1981.

Petition for certification denied.